UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21206-CIV-ALTONAGA/Goodman

THE PUBLIC HEALTH TRUST OF
MIAMI-DADE COUNTY, FLORIDA,

      Plaintiff,
v.

SECRETARY OF THE UNITED STATES
DEPARTMENT OF HEALTH AND
HUMAN SERVICES, *et al.*,

      Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, Public Health Trust of Miami-Dade County, Florida's Motion for Preliminary Injunction [ECF No. 4], filed March 29, 2019.  Plaintiff requests the Court enter a preliminary injunction against Defendants, preventing them from "unlawfully implementing an unauthorized Medicaid reimbursement policy."  (Mot. 1).

While a temporary restraining order may be issued without notice to the adverse party, a preliminary injunction is issued after the adverse party has received notice of the requested relief.  *See* Fed. R. Civ. P. 65(b)(1) ("The court may issue a temporary restraining order without written or oral notice to the adverse party . . . ." (alteration added)); *id.* 65(a)(1) ("The court may issue a preliminary injunction only on notice to the adverse party.").  There is no indication on the docket Defendants have been served with the Complaint [ECF No. 1].  The Complaint does not certify Defendants have been served, nor have Defendants appeared in this action.  (*See generally* Compl.).  Indeed, the Motion is entirely devoid of a certificate of service advising the Motion has been served on Defendants.  (*See generally* Mot.).  Thus, a preliminary injunction is not

procedurally proper.

Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 4]** is **DENIED**. Plaintiff may re-file a motion for a preliminary injunction after Defendants are properly served.

**DONE AND ORDERED** in Miami, Florida, this 29th day of March, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record